UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
| LAXMAN TANK, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. |
|---|---|---|
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | COMPLAINT FOR VIOLATION OF THE |
| vs. | : | FEDERAL SECURITIES LAWS |
| | : | |
| PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, | : | |
| | : | DEMAND FOR JURY TRIAL |
| Defendants. | : | |
---------------------------------------x

Plaintiff Laxman Tank ("plaintiff"), individually and on behalf of all others similarly situated, by plaintiff's undersigned attorneys, for plaintiff's complaint against defendants, alleges the following based upon personal knowledge as to plaintiff and plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through plaintiff's attorneys, which included, among other things, a review of U.S. Securities and Exchange Commission ("SEC") filings of Plug Power Inc. ("Plug Power" or the "Company"), the Company's press releases, and analyst reports, media reports, and other publicly disclosed reports and information about the Company. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1. This is a securities class action on behalf of all persons who purchased Plug Power securities between November 9, 2020 and March 16, 2021, both dates inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 ("1934 Act"). These claims are asserted against Plug Power and certain of its officers who made materially false and misleading statements during the Class Period.

2. Plug Power provides hydrogen fuel cell turnkey solutions focused on systems used to power electric motors in the electric mobility and stationary power markets.

3. On March 2, 2021, Plug Power filed a Notification of Late Filing with the SEC on Form 12b-25, stating that it could not timely file its annual report for the period ended December 31, 2020 because the Company was completing a "review and assessment of the treatment of certain costs with regards to classification between Research and Development versus Costs of Goods Sold, the recoverability of right of use assets associated with certain leases, and certain internal controls over these and other areas." The Company stated that "[i]t is possible that one or more of these items may result in charges or adjustments to current and/or prior period financial statements."

4. As a result of this news, the price of Plug Power stock fell $3.68 per share to close at $48.78 per share on March 2, 2021, a decline of 7%.

5. On March 16, 2021, Plug Power issued a press release announcing that the Company needed to restate its prior financial results for fiscal years 2018 and 2019 and quarterly filings for 2019 and 2020 because of several accounting "errors." The accounting errors impacted the Company's: (i) reported book value of right of use assets and related finance obligations; (ii) loss accruals for certain service contracts; (iii) impairment of certain long-lived assets; and (iv) the misclassification of certain costs, resulting in a decrease in research and development expense and a corresponding increase in cost of revenue.

6. Also on March 16, 2020, Plug Power filed with the SEC a current report on Form 8-K. The current report stated that the Company expected to recognize an impairment related to long-lived assets and a material weakness in its internal controls over financial reporting. The current report also stated that investors should not rely on the Company's prior issued financial statements going back to 2018 due to the numerous accounting errors outlined above, and that these past results would be restated.

7. As a result of this news, the price of Plug Power stock fell $10.10 per share to close at $36.36 per share on March 18, 2021, a decline of 22% over three trading days.

8. Throughout the Class Period, defendants violated the federal securities laws by disseminating false and misleading statements to the investing public and/or failing to disclose adverse facts pertaining to the Company's financial results, business, and prospects. Specifically, defendants concealed material information and failed to disclose that:

    (a) the Company had overstated the carrying amount of right of use assets and finance obligations associated with leases;

(b) the Company had understated the loss accruals relating to certain service contracts;

(c) certain of the Company's long-lived assets suffered from material impairments, including right of use assets and fixed assets;

(d) the Company had misclassified certain important costs, resulting in an overstatement of operating and research and development expenses and an understatement of revenue costs;

(e) the Company suffered from material weaknesses in its internal controls over financial reporting; and

(f) as a result, defendants' public statements regarding the Company's past financial results were materially false and misleading at all relevant times.

9. As a result of defendants' wrongful acts and omissions, plaintiff and the Class (as defined below) purchased Plug Power securities at artificially inflated prices and were damaged thereby.

## JURISDICTION AND VENUE

10. The claims alleged herein arise under §§ 10(b) and 20(a) of the 1934 Act, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder by the SEC.

11. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and § 27 of the 1934 Act.

12. Venue is proper in this District pursuant to § 27 of the 1934 Act and 28 U.S.C. § 1391(b). Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District.

13. In connection with the acts alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to,

the U.S. mails, interstate telephone communications, and the facilities of the national securities markets.

## PARTIES

14. Plaintiff Laxman Tank, as set forth in the certification attached hereto and incorporated by reference herein, purchased Plug Power securities during the Class Period and suffered damages as a result.

15. Defendant Plug Power is a Delaware corporation with its principal executive office located in Latham, New York. Plug Power stock trades on the NASDAQ under the ticker symbol "PLUG."

16. Defendant Andrew Marsh ("Marsh") was at all relevant times, Chief Executive Officer ("CEO") of Plug Power.

17. Defendant Paul B. Middleton ("Middleton") was at all relevant times, Chief Financial Officer ("CFO") of Plug Power.

18. Defendants Marsh and Middleton are referred to herein collectively as the "Individual Defendants."

19. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Plug Power's quarterly reports, press releases and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and

were being concealed from the public and that the positive representations being made were then materially false and misleading.

## FRAUDULENT SCHEME AND COURSE OF BUSINESS

20. Defendants are liable for: (i) making false statements; or (ii) failing to disclose adverse facts known to them about Plug Power. Defendants' fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Plug Power securities was a success, as it: (i) deceived the investing public regarding Plug Power's business, operations, and prospects; (ii) artificially inflated the prices of Plug Power securities; (iii) permitted defendants Marsh and Middleton to sell more than 3.7 million shares of their Plug Power common stock for proceeds of more than $120 million; and (iv) caused plaintiff and other members of the Class (defined herein) to purchase Plug Power securities at inflated prices.

## SUBSTANTIVE ALLEGATIONS

21. Plug Power provides hydrogen fuel cell turnkey solutions for the electric mobility and stationary power markets in North America and Europe. It focuses on proton exchange membrane fuel cell and fuel processing technologies, fuel cell/battery hybrid technologies, and related hydrogen storage and dispensing infrastructure.

### DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD

22. The Class Period begins on November 9, 2020. On that date, Plug Power reported its third quarter 2020 financial results in a shareholder letter posted on its website. Therein, the Company stated in relevant part:

> Plug Power achieved a record third quarter with gross billings of $125.6M, the highest quarter in the company's 22-year history. This gross billing is over 10% higher than the previous guidance and reflects growth of 106% year-over-year and 73.4% sequentially, above another record quarter in Q2 2020. Plug Power is raising 2020 full-year gross billings guidance to $325M-$330M up from $310M.

23.     That same day, Plug Power filed with the SEC its quarterly report on Form 10-Q for the period ended September 30, 2020, affirming the previously reported financial results. In addition regarding Plug Power's disclosure controls and internal control over financial reporting, the Form 10-Q stated, in relevant part, that Plug Power's "disclosure controls and procedures are effective . . . [and that] [t]here were no changes in [Plug Power's] internal control over financial reporting that occurred during the last fiscal quarter that have materially affected, or are reasonably likely to materially affect, [Plug Power's] internal control over financial reporting."

24.     On February 25, 2021, Plug Power reported its fourth quarter and full year 2020 financial results in a shareholder letter posted on its website. Therein, the Company stated in part:

> **Plug Power Reports $337 million in Gross Billings for 2020, Up 42.5% Year over Year**
>
> Announced Multiple Partnerships and Executed Strategic Acquisitions, Establishing Global Platform as a Green Hydrogen Solutions Company
>
> Well Positioned to Leverage Industry Leadership and Capture Meaningful Share of in the $10T Hydrogen Economy
>
> - 2020 marked a record year in gross billings, with Q4 gross billings of $96.3 million and $337 million for the full year reflecting the Company's strong value proposition in the growing hydrogen industry
>
> - As previously announced, reported revenue and results were negatively impacted by certain costs of $456 million recorded in the fourth quarter, the majority being non-cash charges related to the accelerated vesting of a customer's remaining warrants. Given the expenses for this customer program have been fully expensed, the Company's go-forward reported results should be easier to understand. This resulted in reported revenue of negative $316 million for the quarter and negative $100 million for the full year.
>
> - Plan to make continued investment during 2021 to deliver on substantial growth opportunity in the green hydrogen economy on a global basis
>
> - Strong balance sheet with now over $5 billion in cash to execute on its global growth strategy and object
>
> - On track to deliver on recently raised 2021 and 2024 financial targets

25. Defendants' statements referenced in ¶¶ 22–24 above were materially false and misleading when made because they misrepresented and failed to disclose the adverse facts about Plug Power's financial results, business, and prospects, which were known to defendants or recklessly disregarded by them, as follows:

(a) That the Company had overstated the carrying amount of right of use assets and finance obligations associated with leases;

(b) That the Company had understated the loss accruals relating to certain service contracts;

(c) That certain of the Company's long-lived assets suffered from material impairments, including right of use assets and fixed assets;

(d) That the Company had misclassified certain important costs, resulting in an overstatement of operating and research and development expenses and an understatement of revenue costs;

(e) That the Company suffered from material weaknesses in its internal controls over financial reporting; and

(f) That, as a result, defendants' public statements regarding the Company's past financial results were materially false and misleading at all relevant times.

26. Then, on March 2, 2021, before the market opened, Plug Power filed a Notification of Late Filing with the SEC on Form 12b-25, stating that the Company could not timely file its annual report for the period ended December 31, 2020 because the Company was completing a "review and assessment of the treatment of certain costs with regards to classification between Research and Development versus Costs of Goods Sold, the recoverability of right of use assets associated with certain leases, and certain internal controls over these and other areas." The Company stated that

"[i]t is possible that one or more of these items may result in charges or adjustments to current and/or prior period financial statements." The Form 12b-5 stated in part:

> For the year ended December 31, 2020, Plug Power Inc. (the "Company") became a large accelerated filer for the first time and, as a result, the Company has a shortened filing deadline of 60 days rather than 75 days to file its Annual Report on Form 10-K for the year ended December 31, 2020 (the "Form 10-K"). The Company requires additional time to complete the procedures relating to its year-end reporting process, including the completion of the Company's financial statements and procedures relating to management's assessment of the effectiveness of internal controls, and the Company is therefore unable to file the Form 10-K by March 1, 2021, the prescribed filing due date. The Company is working diligently to complete the necessary work, including review and assessment of the treatment of certain costs with regards to classification between Research and Development versus Costs of Goods Sold, the recoverability of right of use assets associated with certain leases, and certain internal controls over these and other areas. It is possible that one or more of these items may result in charges or adjustments to current and/or prior period financial statements. The Company is still evaluating whether any such charges or adjustments would be required and, if required, whether any such charges or adjustments would be material; but any charges, if required, would be non-cash in nature and any such adjustments or charges would not impact the Company's guidance on forward projections. The Company expects to file the Form 10-K within the extension period provided under Rule 12b-25 under the Securities Exchange Act of 1934, as amended.

27.    On this news, the price of Plug Power stock fell $3.68 per share to close at $48.78 per share on March 2, 2021, a decline of 7%. The stock price continued to decline by $9.48 per share over three consecutive trading sessions to close at $39.30 per share on March 5, 2021.

28.    On March 16, 2021, Plug Power issued a press release announcing that the Company needed to restate its prior financial results for fiscal years 2018 and 2018 and quarterly filings for 2019 and 2020 because of several "errors." The accounting errors impacted the Company's: (i) reported book value of right of use assets and related finance obligations; (ii) loss accruals for certain service contracts; (iii) impairment of certain long-lived assets; and (iv) the misclassification of certain costs, resulting in a decrease in research and development expense and a corresponding increase in cost of revenue.

29.     Also on March 16, 2020, Plug Power filed with the SEC a current report on Form 8-K. The current report stated that the Company expected to recognize an impairment related to long-lived assets and a material weakness in its internal controls over financial reporting. The current report also stated that investors should not rely on the Company's prior issued financial statements going back to 2018 due to the numerous accounting errors outlined above, and that these past results would be restated. The Form 8-K stated in part:

> (a) On March 12, 2021, management and the Audit Committee of the Board of Directors (the "Audit Committee") of the Company, in consultation with KPMG LLP ("KPMG"), the Company's independent registered public accounting firm, determined that the Company's previously issued financial statements as of and for the years ended December 31, 2019 and 2018, and as of and for each of the quarterly periods ended March 31, 2020 and 2019, June 30, 2020 and 2019, and September 30, 2020 and 2019 (collectively, the "Prior Period Financial Statements"), should no longer be relied upon due to errors in accounting primarily relating to (i) the reported book value of right of use assets and related finance obligations ("ROU Accounting"), (ii) loss accruals for certain service contracts, (iii) the impairment of certain long-lived assets, and (iv) the classification of certain expenses previously included in research and development costs ((i) through (iv) collectively, the "Restatement Items"). In addition, the fourth quarter and full year 2020 financial results and related discussion included in the Company's shareholder letter furnished on the Form 8-K filed by the Company on February 25, 2021 should no longer be relied upon.
>
> The Company and the Audit Committee have determined that these accounting changes will require a restatement of the Prior Period Financial Statements.
>
> The revised accounting for the Restatement Items will change how the Company accounts for certain transactions and items, but the revised accounting is not expected to impact cash and cash equivalents or the economics of the Company's existing or future commercial arrangements. The Company currently anticipates that the primary impact of the revised accounting on the Prior Period Financial Statements will include:
>
> - Adjustments on the balance sheets to reduce the carrying amount of certain right of use assets and finance obligations associated with leases;
>
> - An increase in the loss accrual relating to certain service contracts;
>
> - Recognition of non-cash impairment charges relating to certain long-lived assets, including certain right of use assets and certain fixed assets; and

- A reclassification of certain costs resulting in a decrease in Operating expenses - Research and development expense and a corresponding increase in Cost of revenue.

30. As a result of this news, the price of Plug Power stock fell $10.10 per share to close at $36.36 per share on March 18, 2021, a decline of 22% over three trading days.

31. As a result of defendants' wrongful acts and omissions, plaintiff and the Class purchased Plug Power securities at artificially inflated prices and were damaged thereby.

## ADDITIONAL SCIENTER ALLEGATIONS

32. As alleged herein, Plug Power and the Individual Defendants acted with scienter in that they: (i) knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; (ii) knew that such statements or documents would be issued or disseminated to the investing public; and (iii) knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth herein in detail, these defendants, by virtue of their receipt of information reflecting the true facts regarding Plug Power, their control over, and/or receipt and/or modification of Plug Power's allegedly materially misleading statements and/or their associations with the Company which made them privy to confidential proprietary information concerning Plug Power, participated in the fraudulent scheme alleged herein. Defendants also had the motive and opportunity to commit fraud, selling millions of dollars' worth of Plug Power securities at artificially inflated prices during the Class Period.

## NO SAFE HARBOR

33. The "Safe Harbor" warnings accompanying Plug Power's reportedly forward-looking statements ("FLS"), or were not identified as such by defendants, and thus did not fall within any "Safe Harbor."

34. Plug Power's verbal "Safe Harbor" warnings accompanying its oral FLS issued during the Class Period were ineffective to shield those statements from liability.

35. Defendants are also liable for any false or misleading FLS pleaded because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer of Plug Power who knew that the FLS was false. None of the historic or present tense statements made by defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made by defendants expressly related to or stated to be dependent on those historic or present tense statements when made.

## LOSS CAUSATION AND ECONOMIC LOSS

36. During the Class Period, as detailed herein, defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the prices of Plug Power securities and operated as a fraud or deceit on purchasers of Plug Power securities. As detailed above, when the truth about Plug Power's misconduct was revealed, the value of the Company's securities declined precipitously as the prior artificial inflation no longer propped up the securities' prices. The declines in Plug Power's share price were the direct result of the nature and extent of defendants' fraud being revealed to investors and the market. The timing and magnitude of the share price declines negate any inference that the losses suffered by plaintiff and other members of the Class were caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to defendants' fraudulent conduct. The economic loss, *i.e.*, damages, suffered by plaintiff and other Class members was a direct result of defendants' fraudulent scheme to artificially inflate the prices of the Company's securities and the subsequent significant decline in the

value of the Company's securities when defendants' prior misrepresentations and other fraudulent conduct were revealed.

37. At all relevant times, defendants' materially false and misleading statements or omissions alleged herein directly or proximately caused the damages suffered by plaintiff and other Class members. Those statements were materially false and misleading through their failure to disclose a true and accurate picture of Plug Power's business and operations as alleged herein. Throughout the Class Period, defendants issued materially false and misleading statements and omitted material facts necessary to make defendants' statements not false or misleading, causing the prices of Plug Power securities to be artificially inflated. Plaintiff and other Class members purchased Plug Power securities at those artificially inflated prices, causing them to suffer damages as complained of herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE

38. Plaintiff and the Class are entitled to a presumption of reliance under *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the claims asserted herein against defendants are predicated upon omissions of material fact for which there was a duty to disclose.

39. Plaintiff and the Class are also entitled to a presumption of reliance pursuant to *Basic Inc. v. Levinson*, 485 U.S. 224 (1988), and the fraud-on-the-market doctrine because the market for Plug Power securities was an efficient market at all relevant times by virtue of the following factors, among others:

   (a) Plug Power securities met the requirements for listing, and were listed and actively traded on NASDAQ, a highly efficient market;

   (b) Plug Power regularly communicated with public investors via established market communication mechanisms, including the regular dissemination of press releases on

the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(c) Plug Power was followed by a number of securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms. These reports were publicly available and entered the public marketplace.

40. As a result of the foregoing, the market for Plug Power securities promptly incorporated current information regarding the Company from publicly available sources and reflected such information in the prices of the securities. Under these circumstances, all those who transacted in Plug Power securities during the Class Period suffered similar injury through their transactions in Plug Power securities at artificially inflated prices and a presumption of reliance applies.

41. Without knowledge of the misrepresented or omitted material facts, plaintiff and other Class members purchased or acquired Plug Power securities between the time defendants misrepresented and failed to disclose material facts and the time the true facts were disclosed. Accordingly, plaintiff and other Class members relied, and are entitled to have relied, upon the integrity of the market prices for Plug Power securities and are entitled to a presumption of reliance on defendants' materially false and misleading statements and omissions during the Class Period.

### CLASS ACTION ALLEGATIONS

42. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class consisting of all purchasers of Plug Power securities during the Class Period. Excluded from the Class are defendants and members of their immediate families, the officers and directors of the Company, at all relevant times, and members of their

immediate families, the legal representatives, heirs, successors, or assigns of any of the foregoing, and any entity in which defendants have or had a controlling interest.

43.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Plug Power securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to plaintiff at this time and can only be ascertained through appropriate discovery, plaintiff believes that there are thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Plug Power or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

44.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

45.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

46.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

       (a)     whether the 1934 Act was violated by defendants as alleged herein;

       (b)     whether statements made by defendants misrepresented material facts about the business, operations, and management of Plug Power; and

       (c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

47.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

### COUNT I

### For Violation of § 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

48.     Plaintiff incorporates ¶¶ 1–47 by reference.

49.     During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

50.     Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 in that they:

(a)     employed devices, schemes, and artifices to defraud;

(b)     made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     engaged in acts, practices, and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Plug Power securities during the Class Period.

51.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Plug Power securities.  Plaintiff and the Class

would not have purchased Plug Power stock at the prices they paid, or at all, if they had been aware that the market price had been artificially and falsely inflated by defendants' misleading statements.

52. As a direct and proximate result of defendants' wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with their purchases of Plug Power securities during the Class Period.

## COUNT II

### For Violation of § 20(a) of the Exchange Act
### Against the Individual Defendants

53. Plaintiff incorporates ¶¶ 1–52 by reference.

54. The Individual Defendants acted as controlling persons of Plug Power within the meaning of § 20(a) of the Exchange Act. By reason of their positions as officers and/or directors of Plug Power, defendants Hennessy and Jones had the power and authority to cause Plug Power and its employees to engage in the wrongful conduct complained of herein. Plug Power controlled defendants Hennessy and Jones and all of its employees. By reason of such conduct, the Individual Defendants are liable pursuant to § 20(a) of the Exchange Act.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief and judgment, as follows:

A. Designating plaintiff as Lead Plaintiff and declaring this action to be a class action properly maintained pursuant to Rule 23 of the Federal Rules of Civil Procedure and plaintiff's counsel as Lead Counsel;

B. Awarding compensatory damages in favor of plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.   Awarding plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.   Awarding such equitable/injunctive or other relief as the Court may deem just and proper, including permitting any putative Class members to exclude themselves by requesting exclusion through noticed procedures.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury.

DATED: May 4, 2021

JOHNSON FISTEL, LLP
RALPH M. STONE

*/s/ Ralph M. Stone*
RALPH M. STONE

1700 Broadway, 41st Floor
New York, NY 11747
Telephone: 212/292-5690
212/292-5680 (fax)
ralphs@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

*Counsel for Plaintiff*